# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Mickey Reid Vincent,

    Plaintiff(s),

vs.

Samuel James Brown Jr.,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:02-cv-179-3

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 7/25/05 Order.

**Signed: July 26, 2005**

Frank G. Johns, Clerk
United States District Court